USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ERSKINE JORDAN,                                      :

                          Plaintiff,

          12 Civ. 0714

    -against-

AMERICAN EAGLE AIRLINES, and
TRANSPORT WORKERS UNION LOCAL 570

                       Defendants.                    :
-------------------------------------------------------------x

### STIPULATION OF DISMISSAL

The parties in the above-captioned matter, through their undersigned counsel, hereby stipulate and agree that all claims in this matter that Plaintiff has asserted against Defendants are hereby dismissed with prejudice and on the merits, without costs against any party or rights of appeal.

By: _____
    Arthur Z. Schwartz
ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
225 Broadway, Suite 1902
New York, New York 10007
(212) 285-1400
*Attorneys for Plaintiff*

Date: Jan 3, 2013

By: _____
    David M. Glanstein
Glanstein LLP
437 Madison Avenue - 35th Floor
New York, NY 10022
(212) 370-5100
*Attorneys for Defendant Transport Workers Union Local 570*
Date: Jan 3, 2013

By: _____
    Melissa C. Rodriguez
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000
*Attorneys for Defendant American Eagle Airlines, Inc.*
Date: Jan. 3, 2013

SO ORDERED:
_____
U.S.D.J.
1/10/13